THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF SAN FRANCISCO CALIFORNIA DIVISION 450 GOLDEN GATE AVE. SAN FRANCISCO CALIFORNIA 94102

E-filing [A]

Matthew Faison Jr.,
Rosa L. Faison,
Diane Faison,
Barbara Mason Faison,
LaToya Mason Faison,
Gloria Jean Faison                                         Plaintiff(s),

Vs.
George Mason Faison,
Phillip Human,
Andraws Lipman,                                            Defendant(s),

Vs.
SunTrust Bank,
Wachovia Bank,                                             Defendant(s),

Vs
Doug. Areheart,
Vise president
For,
Wachovia Bank,
ETal.,                                                     Defendant(s)

All Defendents Suit,
Against individually
And in their official
capacities:                                                "Complaint"

C 08 1263 PJH (PR)

[B]

## I. JURISDICTION & VENUE

2 OF 2

1) This is a civil action-class authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiffs seeks relief pursuant to Id. 768 F. Supp. 1331 of the Federal Suppliment and Rule 65, Injunction Relief Fed. R. Cv. proce.

2) The United States District Court Northern District, is has appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to the claim occurred and is where Defendant, George Faison Reside, or live.

[C]

## II. Plaintiffs

1) Mr. Matthew Faison Sr., Address 4455 Mitchell Drive, Chipley Fla. 32428
2) Rose Faison, P.O. Box 116 Opa Locka Fla. 33054
3) Diane Faison, P.O. Box 116 Opa Locka Fla. 33054

4) Barbara Mason Faison, P.O. Box 884988 San Francisco, Ca. 94188
5) LaToya Mason Faison, P.O. Box 884988
6) Gloria Jean Faison, P.O. Box 116 Opa'Locka Fl. 33054

[D]

## III. DEFENDANTS

7) George Mason Faison, Address. 10585 Santa Monica Blvd. Los Angeles California 90025-4950

8) Phillip Human, 340 Mount Kemble Ave. Room N208, Morriston, N.J. 07962

9) Anderws Lipman, 340 M.K. Ave Room N208, Morriston, N.J. 07962

10) SunTrust Bank Associated with Wachovia Bank, 1525 West W.T. Harris Blvd. Charlotte, N.C. 28262-8522

11) Mr. Doug. Areheart, 1525 West W.T. Harris Blvd. Charlotte, N.C. 28262-8522

4 of 4

12) each defendants is sued, individually and in their official capacity, i.e., at all times mentioned in this complaint each defendants acted under color of state law.

### III  FACTS

(3) "Debt collector, Creditors, plaintiffs in this class," And the defendants is in default, of not giving plaintiffs it's Toll of Acounting of how much ($ money that deposit in it's Bank). And Taking money from the creditors. Such as money for, car Loans, Mortgages, Charge accounts money owed for medical bills, and the debt collector, creditors plaintiffs needs to collect money for this purpose.

14). Enclosed, is "Motion Inquiry whether Stay has Issued. Exhibit [A] [B] is document proof, the defendants is in default.

### IV. EXHAUSTION OF LEGAL REMEDIES

15). The United States Attorney General for Dept of Justice was Served with Notice on or about the 9th of Feb. 2004.

## V. LEGAL Claims

5 of 5

16) IT IS And AS TO The United State constitution 14 Amed. And TO do illegal, or Wrong of what said in The "Facts", inside Section III. of the complaint.

17. A permanent injunction ordering defendants give the relief urge. For is warrant. And Grand-Jury Trial,

18. Compensation damages $10 Million

19. Punitive damages in the Amount of $25 Billion.

20. A Jury Trial on all issues Triable by Jury.

21. Plaintiffs Costs in this Suit.

22. And Additional relief this court deem just, proper and equitable,
Wherefore, plaintiffs respectfully pray s court entered Judgment.
Dated 2/27/08

[H]
[I]

s/ Mr. Matthew Jaison Jr.
Respectfully Submitted

## VERIFICATION

I have read the forgoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at
The City of
Chipley The State
of Florida 2/27/08

_Mr. Matthew Faison Jr._
Signature of plaintiff

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT,
IN AND FOR ESCAMBIA COUNTY, FLORIDA

MATTHEW FAISON JR
    **Plaintiff,**

VS.                                    Case No.    2005 CA 001112
                                        Division:    F

FIRST UNION NATIONAL BANK OF JACKSONVILLE FLORIDA
    **Defendants.**

### NOTICE OF LACK OF PROSECUTION

PLEASE TAKE NOTICE that it appears on the face of the record that no activity by filing of pleadings, order of court, or otherwise has occurred for a period of 10 months immediately preceding service of this notice, and no stay has been issued or approved by the court. Pursuant to rule 1.420(e), if no such record activity occurs within 60 days following the service of this notice, and if no stay is issued or approved during such 60-day period, this action may be dismissed by the court on its own motion or on the motion of any interested person, whether a party to the action or not, after reasonable notice to the parties, unless a party shows good cause in writing at least 5 days before the hearing on the motion why the action should remain pending.

    Dated this 22nd day of January, 2008.

                                               ERNIE LEE MAGAHA, Clerk
                                             Circuit & County Court

                                             By: _____
                                                            Deputy Clerk

Copies to:
MATTHEW FAISON JR

"EXHIBIT [A]"

Dkt ID: *00052186242*    Case: 2005 CA 001112

8 OF 3

Wachovia Bank, N.A.
Corporate Service Solutions
NC8532
1525 West W.T. Harris Boulevard
Charlotte, NC 28262-8522



**WACHOVIA**

September 14, 2006

Mr. Matthew Faison, Jr.
038634-K-Dorm 3110
Reception Medical Center
PO Box 628
Lake Butler, FL 32054

Re: BBB Case #349366

Dear Mr. Faison:

The Better Business Bureau (BBB) forwarded your correspondence to Wachovia for review and response. I appreciate the opportunity to address your concerns.

At Wachovia, we pride ourselves on developing and maintaining quality financial relationships and delivering exemplary service, so it was difficult to learn that you feel we have not met those expectations. I have been unable to determine from your letter what specific concerns or issues that you need assistance with. I have also been unable to locate any account information or evidence of any legal action taken against Wachovia or it's predecessor banks. Please provide us with more specific information, and we will be glad to assist you further at that time. Thank you for your patience while this was reviewed.

Sincerely,

*Doug Areheart*

Doug Areheart
Office of the President

cc: Hilda Cohen, Better Business Bureau

"EXHIBIT B"

4 OF 4

Mr. Matthew Faison Sr.
38634-FY-106
Washington Correction
Institution Route 110
Washington Correction
Inst. 4455 Sam Mit-
chell Drive
Chipley Fla. 32428

RECEIVED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Chamber
of
The Honorable
Phyllis J. Hamilton
Northern District
of California
450 Golden Gate
Avenue SanFran-
cisco, California
94102

PROVIDED TO
WASHINGTON CI ON

FEB 27 2008

FOR MAILING MLF

"Legal mail"