United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATHEW FAISON, JR.,

        Plaintiff,                          No. C 08-1263 PJH (PR)

  vs.                                    **ORDER OF DISMISSAL**

GEROGE MASON FAISON, et al.,

        Defendants.
                                  /

      This pro se civil rights action was filed on March 4, 2008. On that same day the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

      No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

      **IT IS SO ORDERED.**

Dated: April 15, 2008.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\CR.08\FAISON1263.DSM-IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW FAISON,

        Plaintiff,

  v.

GEORGE M. FAISON et al,

        Defendants.

Case Number: CV08-01263 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew Faison 038634-F4-106
Washington Correction Institution
Route 110
4455 Sam Mitchell Drive
Chipley, FL 32428

Dated: April 15, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk