United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATHEW FAISON, JR.,

    Plaintiff,

vs.

GEROGE MASON FAISON, et al.,

    Defendants.
_____/

No. C 08-1263 PJH (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: April 15, 2008.

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\CR.08\FAISON1263.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW FAISON,

        Plaintiff,

  v.

GEORGE M. FAISON et al,

        Defendants.

                                                                                         /

Case Number: CV08-01263 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew Faison 038634-F4-106
Washington Correction Institution
Route 110
4455 Sam Mitchell Drive
Chipley, FL 32428

Dated: April 15, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk