UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA SAN FRANCISCO

FILED
08 APR -8 PM 1: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MASTER FILE NO:
CV-08-1263 "P.J.H."

Matthew Faison Jr.
ET al. Plaintiff(s),

VS

GEORGE M. Faison,
ET al., Defendant(s).

MOTION OF LEGAL
BASIS PURSUANT
TO TITLE 28 U.S.C.
1915(b), (1). AND
RECOVER EXPENSES

E-filing

PROVIDED TO
WASHINGTON CI ON
APR 11 2008
FOR MAILING MLF

Comes now, Through the undersigned prose counsel. Matthew Faison Jr. moves this Honorable Court pursuant to Fed. R. Cv. proce. Rule 6(b), and Title 28 U.S.C. 1915(b),(1). Reasons assert hereafter:

A. INSTANT ORDER BY CLERK

1) On the 4th day of March 2008. "Clerk instructed the claimant to," file (prisoner's Application to proceed in-forma pauperis).

1 of 7

B. ADDITIONAL TIME SERVICE BY MAIL URGED

2) The claimant, urge for 45 days to be allowed or able to send "Check in Account or money order," to clerk of court of sum of $350.00 to Secure the Filing Fee purpose.

C. The claimant in Bankruptcy Court

3) Attached is "MEMO," to give this Honorable court detail, and show that the claimant Await's $ monetary funds, See the Honorable Judith K. Fitzgerald "MEMO Dated 6/28/07.

D. TITLE 28 U.S.C. 1915 (b), (1).

4) The claimant requests the presiding "P.J.H," to compare the monthly deposits and the average balance for the 3 month's period funds put in the Inmates Trust Fund Account.

E. TO RECOVER EXPENSES

5) The claimant urge for Recovery Expenses. Id. 318 F. 3d 965

F. The claimant will pay

6) "45 days" is needed of reasonable time to pay filing fee $350.00

Wherefore, Respectfully the movant requests, "motion of Legal Basis pursuant to Title 28 U.S.C. 1915 (b), (1). And Recover Expenses", is heard and the same is for no delay present in good faith as prayed for.

Done This 9th day of April 2008

Mr. Matthew Faison Jr.
Signature of Movant
Mr. Matthew Faison Jr.
D38634 - FN-106
Route 110 W.C.I.
4455 Sam Mitchell Drive
Chipley Fl. 32428

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
Suite 5490 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2801

**Judith Klaswick Fitzgerald**
**Judge**

Telephone: 412-644-3541
Facsimile: 412-644-5448

June 28, 2007

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

      Re:    Kaiser Aluminum Corporation
              No. 01-10429
              U.S. Bankruptcy Court for the District of Delaware

Dear Mr. DeFranceschi:

    Enclosed is a copy of a pleading received from Matthew Faison, Jr., an inmate at the Santa Rosa Correction Institution, regarding the above case.

    This motion has been forwarded to my courtroom deputy in Delaware, Ms. Julia Johnston, for docketing purposes.

                                          Very truly yours,

                                          Judith K. Fitzgerald
                                          United States Bankruptcy Judge

jd
Enclosure
cc    Matthew Faison, Jr.

```
IBSR140 (74)                                                             03/04/08
                                                                         13:08:57
                        FLORIDA DEPARTMENT OF CORRECTIONS                PAGE  47
                          TRUST FUND ACCOUNT STATEMENT
                         FACILITY: 110 - WASHINGTON C.I.
                         FOR: 02/01/2008 - 02/29/2008

ACCT NAME: FAISON, MATTHEW L.                ACCT#: 038634
BED: F4106U                                  TYPE: INMATE TRUST
PO BOX:
                                                        BEGINNING BALANCE 02/01/08    $0.00

  POSTED                    REFERENCE
  DATE    NBR    TYPE         NUMBER      FAC  REMITTER/PAYEE       +/-     AMOUNT      BALANCE
  ------- ---    ----       ---------     ---  --------------       ---     ------      -------
  02/20/08 186  LEGAL POSTAGE W 20080207   000                       -      $0.00       $0.00
               LIEN CREATED - 02/20/2008  20080207
  02/20/08 186  LEGAL POSTAGE W 20080207A  000                       -      $0.00       $0.00
               LIEN CREATED - 02/20/2008  20080207A
  02/20/08 186  LEGAL POSTAGE W 20080208   000                       -      $0.00       $0.00
               LIEN CREATED - 02/20/2008  20080208
  02/20/08 246  LEGAL POSTAGE W 20080208A  000                       -      $0.00       $0.00
               LIEN CREATED - 02/20/2008  20080208A

                                                        ENDING BALANCE 02/29/08        $0.00

  HOLD
  DATE       TYPE OF HOLD           HOLD FACL      AMOUNT OF HOLD
  ----       ------------           ---------      --------------
  SUMMARY    MEDICAL BILLS          119            $22.00

  LIEN
  DATE       TYPE OF LIEN                   LIEN FACL   AMOUNT OF LIEN   AMOUNT STILL OWED
  ----       ------------                   ---------   --------------   -----------------
  SUMMARY    FEDERAL PRISON LITIGATION      119         $1,220.00        $1,220.00
  SUMMARY    STATE PRISON LITIGATION        000         $717.80          $697.80
  SUMMARY    LEGAL POSTAGE                  000         $9.72            $9.72
  SUMMARY    POSTAGE                        000         $4.40            $4.40
  SUMMARY    LEGAL COPIES                   000         $14.40           $14.40
  SUMMARY    MEDICAL CO-PAYMENT             000         $260.00          $260.00
  02/20/08   LEGAL POSTAGE                  000         $1.14            $1.14
  02/20/08   LEGAL POSTAGE                  000         $1.82            $1.82
  02/20/08   LEGAL POSTAGE                  000         $0.41            $0.41
  02/20/08   LEGAL POSTAGE                  000         $0.41            $0.41
```

5 of 5

```
IBSR140 (74)                      FLORIDA DEPARTMENT OF CORRECTIONS                        04/01/08
                                    TRUST FUND ACCOUNT STATEMENT                          11:19:35
                                  FACILITY: 110 - WASHINGTON C.I.                         PAGE 164
                                  FOR: 03/01/2008 - 03/31/2008

ACCT NAME: FAISON, MATTHEW L.             ACCT#: 038634
BED: F4106U                               TYPE: INMATE TRUST
PO BOX:

                                                                BEGINNING BALANCE 03/01/08    $0.00

POSTED            REFERENCE
DATE   NBR  TYPE                    NUMBER           FAC  REMITTER/PAYEE   +/-   AMOUNT   BALANCE
------ ---- ----------------------- ---------------- ---- ---------------- ---   ------   -------
03/07/08 845 LEGAL POSTAGE          20080228         000                    -    $0.00    $0.00
03/07/08 845 LIEN CREATED - 03/07/2008
03/18/08 325 LEGAL POSTAGE          20080304         000                    -    $0.00    $0.00
03/18/08 325 LIEN CREATED - 03/18/2008
03/18/08 325 LEGAL POSTAGE W - 03/18/2008 20080304A  000                    -    $0.00    $0.00
03/19/08 223 LEGAL POSTAGE          3/13/08          000                    -    $0.00    $0.00
03/19/08 223 LIEN CREATED - 03/19/2008
03/19/08 223 LEGAL POSTAGE W - 03/19/2008 3/13/08A   000                    -    $0.00    $0.00
03/19/08 223 LEGAL POSTAGE W - 03/19/2008 3/13/08B   000                    -    $0.00    $0.00
03/19/08 223 LEGAL POSTAGE W - 03/19/2008 3/13/08C   000                    -    $0.00    $0.00
03/19/08 223 LEGAL POSTAGE W - 03/19/2008 3/13/08D   000                    -    $0.00    $0.00

                                                                 ENDING BALANCE 03/31/08    $0.00
```

```
HOLD                                     AMOUNT
DATE   TYPE OF HOLD       HOLD FACL      OF HOLD
------ ------------------ ---------      -------
SUMMARY  MEDICAL BILLS                   $22.00
```

```
LIEN                                      LIEN   AMOUNT     AMOUNT
DATE     TYPE OF LIEN                     FACL   OF LIEN    STILL OWED
-------- ----------------------------     -----  ---------  ----------
SUMMARY  STATE PRISON LITIGATION          119    $717.80    $697.80
SUMMARY  LEGAL POSTAGE                    000    $13.50     $13.50
SUMMARY  POSTAGE                          000    $4.40      $4.40
SUMMARY  LEGAL COPIES                     000    $14.40     $14.40
SUMMARY  MEDICAL CO-PAYMENT               000    $260.00    $260.00
SUMMARY  FEDERAL PRISON LITIGATION        119    $1,220.00  $1,220.00
03/07/08 LEGAL POSTAGE                    000    $1.48      $1.48
03/07/08 LEGAL POSTAGE                    000    $1.14      $1.14
```

6 of 6

```
IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS              04/01/08
                                  TRUST FUND ACCOUNT STATEMENT                 11:19:35
                               FACILITY: 110 - WASHINGTON C.I.                 PAGE  165
                                  FOR: 03/01/2008 - 03/31/2008

ACCT NAME: FAISON, MATTHEW L.                ACCT#: 038634
      BED: F4106U                            TYPE:  INMATE TRUST
      PO BOX:

LIEN                              LIEN    AMOUNT      AMOUNT
DATE       TYPE OF LIEN            FACL    OF LIEN    STILL OWED
-------    ------------            ----    --------   ----------
03/18/08   LEGAL POSTAGE            000     $0.41       $0.41
03/18/08   LEGAL POSTAGE            000     $0.41       $0.41
03/19/08   LEGAL POSTAGE            000     $0.41       $0.41
03/19/08   LEGAL POSTAGE            000     $0.58       $0.58
03/19/08   LEGAL POSTAGE            000     $0.58       $0.58
03/19/08   LEGAL POSTAGE            000     $0.97       $0.97
03/19/08   LEGAL POSTAGE            000     $0.97       $0.97
```

7 of 7

Matthew Faison Jr.
038634-F4-106
Washington Correctional
Institution Route 110
4455 Sam Mitchell
Drive
Chipley, FL. 32428

PROVIDED TO
WASHINGTON C.I. ON
APR 11 2008
FOR MAILING

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

MAILED FROM A STATE CORRECTIONAL FACILITY

Hasler